IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH BAZE, #22041440, § | |
| Plaintiff, § | |
| vs. § | No. 3:23-CV-86-M-BH |
| COUNTY CONSTABLE, et al., § | |
| Defendants. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, & RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. By separate judgment, the plaintiff's complaint will be **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

SIGNED this 5th day of January, 2024.

*Barbara M. G. Lynn*
BARBARA M. G. LYNN
SENIOR UNITED STATES DISTRICT JUDGE